IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LIAW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | No. C 19-00396 WHA<br><br>**ORDER RE DISCOVERY LETTER DATED OCTOBER 4** |

The Court has reviewed defendant United Airlines, Inc.'s discovery letter brief dated October 4 (Dkt. No. 34). United takes issue with plaintiff Theodore Liaw's discovery responses served on September 30 (*id.* at 1). Specifically, it contends that Liaw's interrogatory responses are deficient and that he failed to produce any documents. United requests an "expedited" consideration of its discovery letter due to an "impending deadline of October 7, 2019 to file a motion to compel in this action" (*ibid.*). But United does not specify what the motion to compel is related to, how the alleged discovery response deficiencies affect said motion, or even the exact relief it seeks with this letter. Nor did the parties meet and confer before United filed the instant letter (*id.* at 2). United thus has not sufficiently shown the need for an expedited consideration of the instant letter. Accordingly, United's request is **DENIED** without prejudice to a future letter brief filed after the parties have met and conferred in good faith.

**IT IS SO ORDERED.**

Dated: October 4, 2019.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE