IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE LIAW,

    Plaintiff,

  v.

UNITED AIRLINES, INC.,

    Defendant.

No. C 19-00396 WHA

**ORDER RE REQUEST TO EXTEND DEADLINE FOR EXPERT OPPOSITION DISCLOSURES**

The Court has reviewed defendant's request to extend the expert opposition disclosure deadline from October 14 to October 16 and plaintiff's opposition thereto (Dkt. Nos. 41, 42). The expert opposition disclosure deadline is extended to October 16 for the expert affected by the power outage only. All other deadlines remain as per the case management scheduling order. Defendant's request is **GRANTED** to the extent stated above only. Plaintiff's reply deadline is extended for that specific expert only. This order notes that the last date to file dispositive motions is October 24 (Dkt. No. 26 ¶ 9) — not October 17, as the parties represent.

**IT IS SO ORDERED.**

Dated: October 12, 2019.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE