1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE LIAW,                                    No. C 19-00396 WHA

             Plaintiff,

    v.                                            **JUDGMENT**

UNITED AIRLINES, INC.,

             Defendant.

_____/

        For the reasons stated in the accompanying order granting relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

        **IT IS SO ORDERED.**

Dated:  November 22, 2019.                    _____
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE